**DISMISSED and Opinion Filed February 27, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00184-CR

### IGNACIO ZARATE-GARCIA, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-75223-T**

# MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Evans
Opinion by Justice Nowell

Ignacio Zarete-Garcia appeals his conviction for aggravated sexual assault of a child. Although the trial court imposed an agreed twenty-five-year sentence on September 26, 2019, appellant did not file his notice of appeal until January 24, 2020.[1] Because appellant's notice of appeal is untimely, we dismiss the appeal for want of jurisdiction.

A defendant perfects an appeal by filing with the trial court clerk, within thirty days after the date sentence was imposed, or within ninety days after sentencing if the defendant timely filed a motion for new trial, a written notice of appeal showing his desire to appeal. *See* TEX. R. APP. P. 25.2(b–c), 26.2(a). A timely filed notice of appeal is required to invoke this Court's jurisdiction.

---

[1] Appellant's notice of appeal reflects he executed it on January 24, 2020. It was postmarked on January 27, 2020, and it was received for filing on January 31, 2020. Because appellant is incarcerated, he is deemed to have filed his notice of appeal, under the "prisoner mailbox rule," when it was delivered to prison authorities for mailing, a date no earlier than January 24, 2020. *See Campbell v. State*, 320 S.W.3d 338, 342 (Tex. Crim. App. 2010) (explaining prisoner mailbox rule).

*Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). In the absence of a timely filed notice of appeal, we must dismiss the appeal for want of jurisdiction. *Id.*

The judgment shows the trial court imposed appellant's sentence on September 26, 2019. The clerk's record does not show appellant filed a motion for new trial. Therefore, appellant's notice of appeal was due on Monday, October 28, 2019. *See* TEX. R. APP. P. 4.1(a), 26.2(a). Because appellant's notice of appeal is untimely, we must dismiss the appeal for want of jurisdiction. *Castillo*, 369 S.W.3d at 198.

We dismiss the appeal for want of jurisdiction.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200184F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

IGNACIO ZARATE-GARCIA, Appellant

No. 05-20-00184-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F19-75223-T.
Opinion delivered by Justice Nowell. Justices Partida-Kipness and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 27th day of February, 2020.